Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  24−19596−ABA
          Chapter:  13
          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Frederick J. Axelrod Jr.
 aka Frederick Joseph Axelrod Jr.
 409 South Browning Avenue
 Somerdale, NJ 08083

Social Security No.:
 xxx−xx−6829

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:      11/27/24
Time:      10:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

  An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

  **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 21, 2024
JAN: jgd

          Jeanne Naughton
          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-19596-ABA

Frederick J. Axelrod, Jr.  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2

Date Rcvd: Oct 21, 2024      Form ID: 132      Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frederick J. Axelrod, Jr., 409 South Browning Avenue, Somerdale, NJ 08083-1209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 21 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 21 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520406314 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 21 2024 20:50:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 520406315 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 21 2024 20:49:59 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520406317 | | Email/Text: mrdiscen@discover.com | Oct 21 2024 20:50:00 | Discover Bank, PO Box 30943, Salt Lake City, UT 84130 |
| 520406318 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 21 2024 20:50:00 | Discover Home Loans, ATTN: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520413175 | | Email/Text: mrdiscen@discover.com | Oct 21 2024 20:50:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520406316 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 21 2024 20:49:12 | Cardmember Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 520406319 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 21 2024 20:50:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520406320 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 21 2024 20:50:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 520406321 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 21 2024 21:00:09 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 71783, Philadelphia, PA 19176-1783 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 21, 2024 | Form ID: 132 | Total Noticed: 12 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2024                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rex J. Roldan | on behalf of Debtor Frederick J. Axelrod  Jr. roldanlaw@comcast.net, roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5