Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

---

Case No.:  24−19596−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Frederick J. Axelrod Jr.
    aka Frederick Joseph Axelrod Jr.
    409 South Browning Avenue
    Somerdale, NJ 08083

Social Security No.:
    xxx−xx−6829

Employer's Tax I.D. No.:

---

### NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

      NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 27, 2025.

Dated: February 28, 2025
JAN: har

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19596-ABA |
| Frederick J. Axelrod, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 28, 2025 | Form ID: plncf13 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frederick J. Axelrod, Jr., 409 South Browning Avenue, Somerdale, NJ 08083-1209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 28 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 28 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520406314 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 28 2025 21:01:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 520406315 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2025 21:00:07 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520406316 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2025 21:16:42 | Cardmember Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 520406317 | | Email/Text: mrdiscen@discover.com | Feb 28 2025 21:01:00 | Discover Bank, PO Box 30943, Salt Lake City, UT 84130 |
| 520406318 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 28 2025 21:02:00 | Discover Home Loans, ATTN: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520478427 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 28 2025 21:02:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 520413175 | | Email/Text: mrdiscen@discover.com | Feb 28 2025 21:01:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520474534 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 28 2025 21:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520406319 | | Email/Text: PBNCNotifications@perituservices.com | Feb 28 2025 21:01:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520406320 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2025 21:02:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 520478425 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2025 21:02:00 | Nationstar Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 520473700 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2025 21:16:44 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520406321 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2025 21:17:06 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 71783, Philadelphia, PA 19176-1783 |

TOTAL: 15

District/off: 0312-1                          User: admin                                    Page 2 of 2
Date Rcvd: Feb 28, 2025                       Form ID: plncf13                               Total Noticed: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rex J. Roldan | on behalf of Debtor Frederick J. Axelrod  Jr. roldanlaw@comcast.net, roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5