**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 24-19596 (ABA)**

Monthly Payment: $501.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Frederick J. Axelrod, Jr.
409 South Browning Avenue
Somerdale, NJ 08083

**For the period of 01/01/2025 to 12/31/2025**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/06/2025 | $501.00 | 02/10/2025 | $501.00 | 03/11/2025 | $501.00 | 04/08/2025 | $501.00 |
| 05/12/2025 | $501.00 | 06/16/2025 | $501.00 | 07/29/2025 | $501.00 | 08/27/2025 | $501.00 |
| 10/02/2025 | $501.00 | 10/10/2025 | $501.00 | 11/18/2025 | $501.00 | 12/22/2025 | $501.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | FREDERICK J. AXELROD, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | REX J. ROLDAN, ESQUIRE | 13 | $4,213.00 | $4,213.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | RESURGENT RECEIVABLES, LLC | 33 | $861.19 | $58.36 | $802.83 | $0.00 |
| 3 | CARDMEMBER SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DISCOVER BANK | 33 | $11,882.78 | $805.29 | $11,077.49 | $0.00 |
| 5 | CAPITAL ONE, N.A. | 24 | $602.62 | $602.62 | $0.00 | $0.00 |
| 6 | KOHL'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | NATIONSTAR MORTGAGE, LLC | 24 | $438.80 | $438.80 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $2,870.53 | $194.53 | $2,676.00 | $0.00 |
| 9 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | FREDERICK J. AXELROD JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | REX J. ROLDAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2024 | 4.00 | $0.00 |
| 02/01/2025 | Paid to Date | $3,006.00 |
| 03/01/2025 | 54.00 | $501.00 |
| 09/01/2029 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $6,012.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $450.90 |
| Arrearages: | $501.00 |
| Attorney: | REX J. ROLDAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**