UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PADGETT LAW GROUP**
Joshua I. Goldman, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Josh.Goldman@padgettlawgroup.com
*Attorneys for JPMorgan Chase Bank, National Association*

In Re:

**Frederick J. Axelrod, Jr.,**
*aka* **Frederick Joseph Axelrod, Jr.,**

                    Debtor(s).

Case No.: 24-19596-ABA

Chapter: 13

Judge:  Andrew B. Altenburg Jr.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an

appearance in this case on behalf of JPMorgan Chase Bank, National Association.  Request is made

that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
                    Padgett Law Group
                    6267 Old Water Oak Road, Suite 203
                    Tallahassee, FL 32312

DOCUMENTS:

☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑  All documents and pleadings of any nature.

                    By:*/s/ Joshua I. Goldman*

Dated: February 13, 2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PADGETT LAW GROUP**
Joshua I. Goldman, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Josh.Goldman@padgettlawgroup.com
*Attorneys for JPMorgan Chase Bank, National Association*

In Re:

**Frederick J. Axelrod, Jr.,**
*aka* **Frederick Joseph Axelrod, Jr.,**

Debtor(s).

Case No.: 24-19596-ABA

Chapter: 13

Judge:  Andrew B. Altenburg Jr.

## CERTIFICATION OF SERVICE

1. I, Kelly DeSousa:

   ☐ represent _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for Padgett Law Group, who represents the Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

1. On February 13, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: *Notice of Appearance*

2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

*/s/ Kelly DeSousa*
Kelly DeSousa

Dated:  February 13, 2026

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Frederick J. Axelrod, Jr.**<br>409 South Browning Avenue<br>Somerdale, NJ 08083 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Rex J. Roldan**<br>Law Office of Rex J. Roldan, PC<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Andrew B Finberg**<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.