| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>**Andrew B. Finberg, Esquire<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey  08002<br>(856) 663-5002** | |
| In Re:<br><br>Frederick J. Axelrod, Jr.<br>                              Debtor(s) | Case No. 24-19596 (ABA)<br><br>Judge:  Andrew B. Altenburg, Jr.<br><br>**STIPULATION ADJUSTING<br>TRUSTEE PAYMENTS** |

**WHEREAS**, a review of Debtor(s)' case by the Chapter 13 Standing Trustee's Office revealed that Debtor(s)' monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS**, the Trustee and Debtor(s)' counsel have agreed to resolve the adjustment in Trustee payments by Stipulation;

**NOW THEREFORE**, the Trustee and counsel for Debtor(s) hereby agree as follows:

Debtor(s)' case be and is hereby allowed to continue at $10,020 receipts applied to plan, then $501 for thirty-nine (39) months starting June 1, 2026.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on December 9, 2024, remain in effect.

| | |
|---|---|
| /s/ Rex J. Roldan | 6/9/2026 |
| Rex J. Roldan | Date |
| Debtor(s)' Attorney | |
| | |
| /s/ Andrew B. Finberg | 6/9/2026 |
| Andrew B. Finberg | Date |
| Chapter 13 Standing Trustee | |